IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-CR-00337-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CORVAIN T. COOPER, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Amend/Correct document #313 (document #317) and Motion to Amend/Correct document #277 (document # 318) filed September 10, 2013. For the reasons set forth therein, the Motions will be granted. The amended documents filed as documents #317 and #318 shall replace the Motions originally filed as documents #313 and #277.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: September 10, 2013

David S. Cayer
United States Magistrate Judge