IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:11-cr-337-RJC |
|---|---|---|
| | ) | |
| | ) | <u>GOVERNMENT'S EXHIBIT LIST</u> |
| v. | ) | |
| | ) | |
| (7) EVELYN CHANTELL LaCHAPELLE | ) | |
| (8) NATALIA CHRISTINA WADE | ) | |
| (12) CORVAIN T. COOPER | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina and files its exhibit list in this case. The government reserves the right to add additional exhibits than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

| EXH | DESCRIPTION & REMARKS | IDENT | REC'D | Witness |
|---|---|---|---|---|
| 1a | Photo of Anthony Alegrete | | | |
| 1b | Photo of Robert Brown | | | |
| 1c | Photo of Clyde Wilburn | | | |
| 1d | Photo of Daniel Crockett | | | |
| 1e | Photo of Gerren Darty | | | |
| 1f | Photo of Goldie Crockett | | | |
| 1g | Photo of Lamar Harris | | | |
| 1h | Photo of Darrick Johnson | | | |
| 1i | Photo of Sharon Kelsey-Brown | | | |
| 1j | Photo of Sandra Landers | | | |

1

| | | | | |
|---|---|---|---|---|
| 1k | Photo of Tavarus Logie | | | |
| 1l | Photo of Shondu Lynch | | | |
| 1m | Photo of Leamon Moseley | | | |
| 1n | Photo of Francine Williams | | | |
| 1o | Photo of Ronald Hargette | | | |
| | 1/9/2009 marijuana crate shipment | | | |
| 2a | Photo of large wooden crate (1/9/2009) | | | |
| 2b | Photo of two containers inside the wooden crate (1/9/2009) | | | |
| 2c | Photo of packaged yellow marijuana inside of the container from the left side (1/9/2009) | | | |
| 2d | Photo of the packaged yellow marijuana from container from the left side (1/9/2009) | | | |
| 2e | Photo of the packaged marijuana inside of the container from the right side (1/9/2009) | | | |
| 2f | Photo of the packaged marijuana from the container from the right side (1/9/2009) | | | |
| 3 | Marijuana from 1/9/2009 crate | | | |
| 4 | Property report from 1/9/2009 marijuana crate | | | |
| 5 | Lab Report for 1/9/2009 marijuana crate | | | |
| 6 | Yellow Freight Documents January 2009 | | | |
| 7 | Photo of Gerren Darty at Yellow Freight on 1/9/09 | | | |
| 8 | Certified records with Corvain Cooper's 2009 phone number | | | |
| | Evelyn LaChapelle's certified phone records | | | |
| 9a | Evelyn LaChapelle's certified phone records (to Corvain Cooper, 323-632-4437) | | | |

| | | | | |
|---|---|---|---|---|
| 9b | Evelyn LaChapelle's certified phone records (with Natalia Wade) | | | |
| 9c | Evelyn LaChapelle's certified phone records (to 818-284-2185) | | | |
| 9d | Evelyn LaChapelle's certified phone records (to 818-428-9017) | | | |
| 9e | Evelyn LaChapelle's certified phone records (to 818-355-0703) | | | |
| 10 | Marijuana from 2127 Kirkwood (May 2009) | | | |
| 11 | Mailing Label and other documents related to 2127 Kirkwood (May 2009) | | | |
| 12 | Laboratory report for 2127 Kirkwood marijuana | | | |
| 13 | Property Report for 2127 Kirkwood for Marijuana (May 2009) | | | |
| 14 | Documents and photographs from Shondu Lynch home search (5/6/2010) | | | |
| 15 | Marijuana from Lynch's home (5/6/2010) | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | Documents from Lynch's trash pull | | | |
| Search of black Chrysler (Sandra Landers' marijuana 7/1/2010) | | | | |
| 20a | Photo of black Chrysler with box containing marijuana (Sandra Landers' marijuana 7/1/2010) | | | |
| 20b | Photo of package found inside box (Sandra Landers' marijuana 7/1/2010) | | | |
| 20c | Photo of package with shipping label (Sandra Landers' marijuana 7/1/2010) | | | |
| 20d | Photo of contents of box (Sandra Landers' marijuana 7/1/2010) | | | |
| 20e | Photo of contents of box removing the sheet covering (Sandra Landers' marijuana 7/1/2010) | | | |
| 20f | Photo of package found inside box (Sandra Landers' marijuana 7/1/2010) | | | |

| | | | | |
|---|---|---|---|---|
| 20g | Photo of green plastic container with contents (Sandra Landers' marijuana 7/1/2010) | | | |
| 20h | Photo of green plastic container removing the popcorn (Sandra Landers' marijuana 7/1/2010) | | | |
| 20i | Photo of the package found inside the green plastic container (Sandra Landers' marijuana 7/1/2010) | | | |
| 20j | Photo of the packaged marijuana from green plastic container (Sandra Landers' marijuana 7/1/2010) | | | |
| 20k | Photo of the marijuana from green plastic container (Sandra Landers' marijuana 7/1/2010) | | | |
| 20l | Photo of the 5 packages of marijuana from the green plastic container (Sandra Landers' marijuana 7/1/2010) | | | |
| | | | | |
| 21 | Marijuana from 7/1/10 (Landers) | | | |
| 22 | Lab Report of Marijuana (Landers, 7/1/2010) | | | |
| 23 | Property Report for Landers' marijuana (7/1/2010) | | | |
| 24 | Landers deposit slip into Wade's bank account seized from Landers' residence 7/1/2010 | | | |
| 25 | | | | |
| 26 | Wade bank employment records | | | |
| 27 | Certified bank records (LaChapelle) (for ID only) | | | |
| 28 | Certified bank records (Wade) (for ID only) | | | |
| 29 | Certified bank records (Cooper) (for ID only) | | | |
| 30 | Certified bank records (Williams) (for ID only) | | | |
| 31 | Certified bank records (Goldie Crockett) (for ID only) | | | |
| 32 | Evelyn LaChapelle's Bank of America certified signature cards | | | |
| 33 | Natalia Wade's Wachovia certified signature cards | | | |
| 34 | | | | |
| 35a | Goldie Crockett's Bank Deposits (summary exhibit) | | | |

4

| | | | | |
|---|---|---|---|---|
| 35b | Goldie Crockett's Bank Withdrawals (summary exhibit) | | | |
| 36a | Corvain Cooper's Bank Deposits (summary exhibit) | | | |
| 36b | Corvain Cooper's Bank Withdrawals (summary exhibit) | | | |
| 37a | Evelyn LaChapelle's Cash Deposits (summary exhibit) | | | |
| 37b | Evelyn LaChapelle's Bank Withdrawals (summary exhibit) | | | |
| 37c | Evelyn LaChapelle's "In and Out" deposits and withdrawals (summary exhibit) | | | |
| 38a | Natalia Wade's Bank Deposits (summary exhibit) | | | |
| 38b | Natalia Wade's Bank Withdrawals (summary exhibit) | | | |
| 38c | Natalia Wade's "In and Out" deposits and withdrawals (summary exhibit) | | | |
| 39a | Francine Williams' Bank Deposits (summary exhibit) | | | |
| 39b | Francine Williams' Bank Withdrawals (summary exhibit) | | | |
| 40 | Tax records for Evelyn LaChapelle | | | |
| 41 | Tax records for Natalia Wade | | | |
| 42 | Tax records for Corvain Cooper | | | |
| 43 | LaChapelle's text messages | | | |
| | **COOPER's JAIL CALLS** | | | |
| 44a | 3/14/2013 Corvain Cooper's Jail call (complete, for ID only) | | | |
| 44b | 3/15/2013 Corvain Cooper's Jail call (complete, for ID only) | | | |
| 44c | 3/25/2013 Corvain Cooper's Jail call (complete, for ID only) | | | |
| 44d | 3/31/2013 Corvain Cooper's Jail call (complete, for ID only) | | | |

| | | | | |
|---|---|---|---|---|
| 44e | 3/14/2013 Corvain Cooper's Jail call (clips) | | | |
| 44f | 3/15/2013 Corvain Cooper's Jail call (clips) | | | |
| 44g | 3/25/2013 Corvain Cooper's Jail call (clips) | | | |
| 44h | 3/31/2013 Corvain Cooper's Jail call (clips) | | | |
| 44i | Transcript of 3/14/2012 Corvain Cooper's Jail call clips | | | |
| 44j | Transcript of 3/15/2012 Corvain Cooper's Jail call clips | | | |
| 44k | Transcript of 3/23/2012 Corvain Cooper's Jail call clips | | | |
| 44l | Transcript of 3/31/2012 Corvain Cooper's Jail call clips | | | |
| | | | | |
| 45 | Corvain Cooper's letter to Leamon Keishan Moseley | | | |
| 46 | Goldie Crockett subscriber info (for ID only) | | | |
| 47a | Daniel Crockett's Plea Agreement | | | |
| 47b | Goldie Crockett's Plea Agreement | | | |
| 47c | | | | |
| 47d | Darrick Johnson's Plea Agreement | | | |
| 47e | Sharon Kelsey-Brown's Plea Agreement | | | |
| 47f | Shondu Lynch's Plea Agreement | | | |
| 47g | Leamon Moseley's Plea Agreement | | | |
| 47h | Francine Williams' Plea Agreement | | | |
| 48a | Evelyn LaChapelle's Trust's 8th/Final Accounting 2007 | | | |
| 48b | Evelyn LaChapelle Trust Final Distributions (through April 2010) | | | |

| | | | | |
|---|---|---|---|---|
| 49 | Photos of Corvain Coopers' Beverly Hills stop in 2009 | | | |
| 50 | Corvain Cooper's "Old Money" in Johnson's phone | | | |
| 51 | Corvain Cooper's Text Messages | | | |
| 52 | Corvain Cooper's Phone Pictures | | | |
| 53 | | | | |
| 54 | Natalia Wade certified bank withdrawal records with photos | | | |
| 55a | Photo of back of building with abandoned crate on 7/16/2009 | | | |
| 55b | Photo of abandoned crate on 7/16/2009 | | | |
| 55c | Photo of abandoned crate on 7/16/2009 | | | |
| 55d | Photo of abandoned crate opened with container on 7/16/2009 | | | |
| 55e | Photo of abandoned crate with shipping label on 7/16/2009 | | | |
| 55f | Photo of abandoned crate open laying on side to see contents on 7/16/2009 | | | |
| 56 | Certified documents from 7/16/2009 crate | | | |
| 57 | | | | |
| 58 | | | | |
| 59a | Photo of surveillance on Robert Brown on 4/23/2009 | | | |
| 59b | Photo of surveillance on Robert Brown entering bank 4/23/2009 | | | |
| 59c | | | | |
| 59d | Photo of surveillance on Robert Brown leaving bank 4/23/2009 | | | |
| **Cox Body Shop at 5615 Lakeview Road** | | | | |
| 60a | Photo of Cox Body Shop at 5615 Lakeview Road 2/12/2009 | | | |

| | | | | |
|---|---|---|---|---|
| 60b | Photo of back side of Cox Body Shop at 5615 Lakeview Road 2/12/2009 | | | |
| 60c | Photo of wooden crate at Cox Body Shop at 5615 Lakeview Road 2/12/2009 | | | |
| 60d | Photo of wooden crate opened at Cox Body Shop at 5615 Lakeview Road 2/12/2009 | | | |
| 60e | Photo of wooden crate opened at Cox Body Shop at 5615 Lakeview Road 2/12/2009 | | | |
| 60f | Photo of wooden crate with a portion of the shipping label at Cox Body Shop at 5615 Lakeview Road 2/12/2009 | | | |
| 60g | Photo of shipping label on the wooden crate from 5615 Lakeview Road 2/12/2009 | | | |
| 61 | Photo of the Daylight Transport shipping Label containing #78396520 (for crate from 5615 Lakeview Road 2/12/2009) | | | |
| 62 | Certified Records for crate from 5615 Lakeview Road 2/12/2009 | | | |
| **1/13/2009 Stop of Dodge Caliber and ID of Darty** | | | | |
| 63a | Photo of Dodge Caliber Stop on 1/13/2009 and Gerren Darty ID | | | |
| 63b | Photo of receipt in the name of Sharon Kelsey-Brown found in the Dodge Caliber 1/13/2009 | | | |
| 63c | Photo of receipt with Sharon Kelsey-Brown signature found in the Dodge Caliber 1/13/2009 | | | |
| 63d | Photo of a AT&T receipt found in the Dodge Caliber glove box 1/13/2009 | | | |
| 63e | Photo of a AT&T receipt identifying the customer as Jason Roma 1/13/2009 | | | |
| 63f | Photo of a receipt found in the Dodge Caliber 1/13/2009 | | | |
| 63g | Photo of a close up view of the same receipt 1/13/2009 | | | |
| 63h | Photo of the items found in the passenger seat of the Dodge Caliber 1/13/2009 | | | |
| 63i | Photo of a Wachovia receipt found in the passenger seat of the Dodge Caliber 1/13/2009 | | | |
| 63j | Photo of a close up view of the Wachovia Bank receipt depositing $9,000 cash into acct xxxx3752 on 1/6/2009 (from Caliber 1/13/2009) | | | |

| | | | | |
|---|---|---|---|---|
| 63k | Wachovia receipts seized on 1/13/09 (from Caliber 1/13/2009) | | | |
| | | | | |
| 64a | Photo of Robert Brown and Daniel Crockett at U-Haul on 1/9/2009 | | | |
| 64b | Photo of Robert Brown and Daniel Crockett at U-Haul on 1/9/2009 | | | |
| 64c | Photo of Robert Brown and Daniel Crockett at U-Haul on 1/9/2009 | | | |
| 64d | Photo of Robert Brown and Daniel Crockett at U-Haul on 1/9/2009 | | | |
| 64e | Photo of Robert Brown and Daniel Crockett at U-Haul on 1/9/2009 | | | |
| 64f | Robert Brown's U-Haul Equipment Rental Contract | | | |
| 65 | Certified record containing Gerren Darty's phone number, etc | | | |
| 66a | Natalia Wade's Bank Statement mailed to 853 W. Beach Ave, #8, Inglewood, CA 90302-8022 | | | |
| 66b | Evelyn LaChapelle's Bank Statement mailed to 853 W. Beach Ave, Apt #8, Inglewood, CA 90302-8022 | | | |
| 67 | Evelyn LaChapelle's Citibank Application (with 853 W. Beach Ave, Apt #8 address, and noting Citibank teller employment) | | | |
| 68 | | | | |
| 69 | | | | |
| 70 | Documentation for a $9,500 cash deposit by Kelsey-Brown into and $9,300 withdrawal from LaChapelle's bank account xxxx0772 on 4/24/2009 at 11:00 a.m. | | | |
| 71 | | | | |
| 72 | Documentation for a $8,700 cash deposit by Kelsey-Brown into LaChapelle's bank account xxxx0772 on 5/20/2009 | | | |
| 73 | Documentation (certified teller log and bank statement) for Evelyn LaChapelle's 6/24/09 withdrawal (Heather Jones) | | | |
| 73a | Documentation for a $5,000 cash deposit into LaChapelle account xxxx0772 by Heather Jones on 6/24/2009 | | | |
| 73b | Documentation for another $5,000 cash deposit into LaChapelle account xxxx0772 on 6/24/2009 | | | |
| 74 | | | | |

| | | | | |
|---|---|---|---|---|
| 75 | | | | |
| 76 | | | | |
| 77 | | | | |
| 78 | | | | |
| | FreightCenter certified records | | | |
| 79a | FreightCenter certified records (Phillips Davis and S. Motoring, 818-284-2185) | | | |
| 79b | FreightCenter certified records (Steven Eggert and Phillip Davis, 818-428-9017) | | | |
| 79c | FreightCenter certified records (Harvey Goodman, 818-355-0703) | | | |
| 79d | FreightCenter certified records (Martin McCrony, 323-251-1834) | | | |
| 80 | Certified crate shipments' information (summary exhibit) | | | |
| | Certified records of Corvain Cooper's phone tolls | | | |
| 81a | Summary of Corvain Cooper's phone tolls with LaChapelle | | | |
| 81b | Summary of Corvain Cooper's phone calls to 818-795-4066 | | | |
| 81c | Summary of Corvain Cooper's phone calls to Jason Roma/Gerren Darty | | | |
| 81d | Summary of Corvain Cooper's phone calls with 323-251-1834 | | | |
| 81e | Summary of Corvain Cooper's phone calls with 323-434-8718 (Keishan Moseley) | | | |
| 81f | Certified record of Leamon K. Moseley's Wells Fargo info with 323-434-8718) | | | |
| 82a | Leamon Moseley's bank deposits (summary exhibit) | | | |
| 82b | Leamon Moseley's bank withdrawals (summary exhibit) | | | |

| | | | | |
|---|---|---|---|---|
| 83 | Evelyn LaChapelle's bank statement xxxx0772 for 4/23/09 to 5/20/2009 | | | |
| 84 | Certified bank supporting docs for Natalia Wade bank surveillance photos | | | |
| 85 | Withdrawals slips from Evelyn LaChapelle's account xxxx2732 and xxxx0772 | | | |
| 86a | Natalia Wade April-May 2009 bank statement page 1 with 2127 Kirkwood Ave | | | |
| 86b | Natalia Wade May-June 2009 bank statement page 1 with address no longer on Kirkwood Ave | | | |
| 87 | Francine Williams bank statement page 1 with 2125 Kirkwood Ave | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The government reserves the right to add additional exhibits than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

Respectfully submitted this day, October 13, 2013.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

**/s/ Steven R. Kaufman**
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY
227 West Trade Street, Suite 1700
Charlotte, NC 28202
(704) 338-3117 (phone)
(704) 227-0254 (facsimile)
Steven.Kaufman@usdoj.go

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, October 13, 2013, the foregoing was duly served upon counsel for the defendant by electronic notification from the Court to:

- Randolph M. Lee at Randolph@LeeLaw.biz  *representing (7) Evelyn LaChapelle*
- Scott Gsell at sgnclaw@earthlink.net  *representing (8) Natalia Christina Wade*
- Dianne Kathryn Jones McVay at j9dian@aol.com  *representing (12) Corvain Cooper*

**/s/ Steven R. Kaufman**
Assistant United States Attorney