IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:11-CR-337-RJC |
| | ) | |
| v. | ) | |
| | ) | |
| CORVAIN COOPER | ) | |

## DEFENSE TRIAL EXHIBITS

**Exhibit**

1. Equifax Credit Report – Corvain Cooper

The defense reserves the right to add additional exhibits other than those listed herein as may be referred to in the defense's case file or as may come to the attention of the defense subsequent to the preparation of this list. The defense further reserves the right to withdraw any exhibits listed herein at trial or prior thereof.

RESPECTFULLY SUBMITTED, this 14th day of October, 2013

/s/Dianne Jones McVay
Dianne Jones McVay
Attorney for Defendant
1931 J.N. Pease Place, Suite 104
Charlotte, NC 28262
Office: (704) 595-1747: Fax: (704) 595-9141
NC State Bar #: 41778

## CERTIFICATE OF SERVICE

I certify that copy of the foregoing was served on the following individuals by electronic filing:

Steven Kaufman
Steven.Kaufman@usdoj.gov

This 14th day of October, 2013.

/s/Dianne Jones McVay
Dianne Jones McVay

Attorney for Defendant
1931 J.N. Pease Place Drive, Suite 104
Charlotte, NC   28262
Office:  (704) 595-1747: Fax: (704) 595-9141
NC State Bar #:  41778