IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00337-RJC-DSC

FILED
CHARLOTTE, NC
OCT 18 2013
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| vs. | ) | VERDICT FORM |
| | ) | |
| CORVAIN T. COOPER, | ) | |

1. As to Count One, charging the Defendant, Corvain T. Cooper, with a violation of 21 U.S.C. §§ 846 and 841(a)(1), we, the jury, unanimously find the Defendant:

    Guilty: ✓    Not Guilty: _____

    1(a). If guilty, was one thousand (1,000) kilograms or more a mixture and substance containing a detectable amount of marijuana a reasonably foreseeable consequence of the conspiracy to the Defendant?

    Yes: ✓    No: _____

    1(b). If answer to 1(a) is "no," was one hundred (100) kilograms or more a mixture and substance containing a detectable amount of marijuana a reasonably foreseeable consequence of the conspiracy to the Defendant?

    Yes: _____    No: ✓

    1(c). If answer to 1(b) is "no," was fifty (50) kilograms or more a mixture and substance containing a detectable amount of marijuana a reasonably foreseeable consequence of the conspiracy to the Defendant?

    Yes: _____    No: ✓

2. As to Count Two, charging the Defendant, Corvain T. Cooper, with a violation of 18 U.S.C. § 1956(h), we, the jury, unanimously find the Defendant:

    Guilty: ✓    Not Guilty: _____

3.   As to Count Four, charging the Defendant, Corvain T. Cooper, with a violation of 31 U.S.C. §§ 5324(a)(3) and 5324(d)(1), (2), 31 C.F.R. §§ 103.11 and 103.22, and 18 U.S.C. § 2, we, the jury, unanimously find the Defendant:

Guilty: ✓     Not Guilty: _____

3(a).   If answer to 3 is "guilty," was the offense part of a pattern of illegal activity involving more than $100,000 in a twelve-month (12-month) period?

Yes: ✓     No: _____

_____
Foreperson

10/18/13
Date

Case 3:11-cr-00337-RJC-DSC   Document 351   Filed 10/21/13   Page 2 of 2