## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Count 1ss: LIFE. Count 2ss: TWO HUNDRED FORTY (240) MONTHS. Count 4ss: ONE HUNDRED TWENTY (120) MONTHS. All counts to run concurrently.

☒ The Court makes the following recommendations to the Bureau of Prisons:
- Participation in the Federal Inmate Financial Responsibility Program.
- Participation in any available substance abuse treatment program and if eligible, receive benefits of 18:3621(e)(2).
- Defendant shall support all dependents from prison earnings.
- Placed in a facility as close to Central California as possible, consistent with the needs of BOP.

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

    ☐ As notified by the United States Marshal.  
    ☐ At _ on _.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ As notified by the United States Marshal.  
    ☐ Before 2 p.m. on _.  
    ☐ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _8-26-14_ to _USP Atwater_ at _Atwater, CA_, with a certified copy of this Judgment.

_Paul Copenhaver, Warden_  
United States Marshal

By: _C. Lawson CSO_  
Deputy Marshal

AO 245B (WDNC Rev. 02/11) Judgment in a Criminal Case

FILED
ASHEVILLE, N.C.

FEB 1 0 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| | ) | (For Offenses Committed On or After November 1, 1987) |
| V. | ) | |
| | ) | |
| Corvain T. Cooper | ) | Case Number: DNCW311CR00337-012 |
| | ) | USM Number: 64301-112 |
| | ) | |
| | ) | James L. Goldsmith Jr., Patrick M. Megaro |
| | ) | Defendant's Attorney |

RECEIVED
NOV 21 2014
United States Marshals Service
Western North Carolina

**THE DEFENDANT:**

☐ Pleaded guilty to count(s).
☐ Pleaded nolo contendere to count(s) which was accepted by the court.
☒ Was found guilty on count(s) <u>1ss, 2ss & 4ss</u> after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute marijuana (21:841(b)(1)(A); 851) | 8/20/13 | 1ss |
| 18:1956(h) | Conspiracy to commit money laundering | 8/20/13 | 2ss |
| 31:5324(a)(3); 5324(d)(1) | Structuring currency transactions and aiding and abetting the same (18:2) | April 2010 | 4ss |

The Defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐ The defendant has been found not guilty on count(s).
☒ Count(s) <u>1,1s & 2s</u> (is)(are) dismissed on the motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 6/18/2014

Signed: July 28, 2014

Robert J. Conrad, Jr.
United States District Judge