Dear Judge Conrad

My name is Corvain Cooper, I am 36 years old and I am currently serving a "life sentence" without the possibility of parole for distribution of marijuna, money laundering and tax evasion.

I am a father of (2) beautiful daughters who is currently 6 years old and (10) years old who really need me in their lives. I feel proud to say I am their "father" because one of my greatest accomplishments in their life was and still is being a "real father" to my kids and not just a "baby daddy."

I am writing because I am a non-violent marijuna offender serving a life sentence. I have never committed a violent crime in my life. I was convicted based solely on the testimony of (4) Co-Defendants who were trying to get a sentence reduction basedd off of their testimony. No actual witnesses saw me commit any crime, I could not afford effective assistance of counsel and by exercising my constitutional right to trial I lost my life to prison and more importantly I lost the opportunity to be in my kids life. The true "kingpins" of this marijuna operation got off with little to no prison time, I on the other hand am condemned to die in prison unless I am granted clemency.

I have completed several rehabilitive programs during my three years at Atwater U.S.P. consiting of Money Smart, Drug Education, Crochet class, Investments and Influence class. I am currently enrolled in parenting class, I have never recieved a disciplinary infraction since I have been incarcerated of which I am very proud of. I have also written

three books and have plans on using my "experience of having my "life taken away" to help the youth thats growing up making the wrong decisions. Judge Conrad if you give me a second chance at my life I not only promise you because I know if you do or dont you wont benefit from it but you will not regret your decision and will be able in the future to use my experience as a success story.

See Sentencing transcripts in this case where the Court said "Mr. Megaro, Im sympathic to your argument. I would want to have discretion before imposing a life sentence. The absence of discretion is a troubling thing for the court. But it appears to the Court that from a statutory standpoint, the "I's" have been dotted, the "T's" have been crossed. The imposition of a mandatory life sentence is what congress has provided for someone who has been found guilty of this offense with the priors that Mr. Cooper has. From a constitutional sense, it does appear to me that the Fourth Circuit has spoken in this area and has upheld the constitutionality of a mandatory life sentence for a crime such as this in the Kratsas case, and in the unpublished Sylvester case sited by the Government. Im going to overrule the Eighth Amendment challenge in light of that case law. Having done that, you having preserved your constitutional challenge, do you still wish to be heard on the guideline issues?"....

I am asking you to please help me, I want to bring light to the fact that there are people like me, sentenced to spend the rest of their natural lives in prison over non-violent marijuna offenses and that this country is still giving out life sentences for marijuna-only offenses. I was sentenced in

2014 and I was given a life sentence.

Thank you for considering my case.

Respectfully,

Corvain Cooper #64301-112

U.S.P. Atwater

P.O.Box 019001

Atwater, California 95301

(Mothers Contact)

Barbara Tillis

200 S. Linden Ave

APT. #11.D

Rialto, California 92376

Amy Povak

Can Do Foundation

P.O.Box 6468

Malibu, California 90264

*CC* *I JUST WANT ANOTHER CHANCE AT LIFE!*

*ENCLOSED IS MY MINUTE ORDER OF MY PRIOR IS NOW A MISDEMEANOR.*

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 07/13/16

---

CASE NO. YA080509

THE PEOPLE OF THE STATE OF CALIFORNIA
VS.
DEFENDANT 01: CORVAIN TONY COOPER

---

| BAIL: APPEARANCE DATE | AMOUNT OF BAIL | DATE POSTED | RECEIPT OR BOND NO. | SURETY COMPANY | REGISTER NUMBER |
|---|---|---|---|---|---|
| 03/11/11 | $75,000.00 | 02/17/11 | AUL2077852 | AMERICAN CONTRACTORS | |

CASE FILED ON 03/09/11.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED, ON OR ABOUT 02/10/11 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S) OF:

COUNT 01: 11350(A) H&S FEL

ON 06/22/16 AT 830 AM IN INGLEWOOD COURTHOUSE DEPT 005

CASE CALLED FOR PROPOSITION 47 PETITION HRG

PARTIES: COMM. BARBARA J. MCDANIEL (JUDGE)   GREGORY FRANCIS   (CLERK)

MICHELLE CARMODY (REP)   LINDA R. ROSBOROUGH   (DA)

DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY BOBBY BLACK ALTERNATE PUBLIC DEFENDER

COURT ORDERS COMPLAINT DEEMED AMENDED TO ALLEGE COUNT 01 AS A MISDEMEANOR PURSUANT TO PENAL CODE SECTION 1170.18 ET SEQ. AND COUNT SHALL PROCEED AS MISDEMEANOR.

COURT ORDERS AND FINDINGS:

-THE COURT HAS READ AND CONSIDERED THE DEFENDANT'S PROP. 47 PETITION. THE COURT FINDS THAT THE DEFENDANT WAS CONVICTED OF COUNT 01 , A VIOLATION OF 11350(A) HS , A FELONY, WHICH IS A MISDEMEANOR UNDER PROP. 47. THE COURT FINDS THAT THE DEFENDANT IS ELIGIBLE AND SUITABLE FOR RELIEF. PURSUANT TO PENAL CODE SECTION 1170.18(B), DEFENDANT'S FELONY SENTENCE AS TO COUNT 01 IS RECALLED AND SET ASIDE, AND A MISDEMEANOR SENTENCE IS IMPOSED

(ENTRY BY G. HACKETT ON 7/13/16)

PAGE NO. 1

PROPOSITION 47 PETITION HRG
HEARING DATE: 06/22/16

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(7) EVELYN CHANTELL LaCHAPELLE<br>(8) NATALIA CHRISTINA WADE<br>(11) MARVIN RAY WILBURN<br>(12) CORVAIN T. COOPER, a/k/a "CV"<br>(13) LEAMON KEISHAN MOSELEY<br>(15) DANA LAMONT ADAMS<br>(16) LAMAR ANDREW HARRIS<br>(17) CLYDE MONROE WILBURN,<br>   also known as "Kevin L. Calhoun,"<br>   also known as "Nurin Yawta Smith,"<br>   also known as "Big C" | Docket No. 3:11-cr-337-RJC<br><br>**THIRD SUPERSEDING<br>BILL OF INDICTMENT**<br><br>Violations:<br>18 U.S.C. § 2<br>18 U.S.C. § 924(c)<br>18 U.S.C. § 1956<br>21 U.S.C. § 841<br>21 U.S.C. § 846<br>31 U.S.C. § 5324 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

From in or about 2004 to the present, in Mecklenburg County and Gaston County, within the Western District of North Carolina, and elsewhere, the Defendants,

(7) EVELYN CHANTELL LaCHAPELLE
(8) NATALIA CHRISTINA WADE
(11) MARVIN RAY WILBURN
(12) CORVAIN T. COOPER, a/k/a "CV" — *LIFE SENTENCED*
(13) LEAMON KEISHAN MOSELEY — *AT HOME*
(15) DANA LAMONT ADAMS — *AT HOME*
(16) LAMAR ANDREW HARRIS — *AT HOME*
(17) CLYDE MONROE WILBURN,
   also known as "Kevin L. Calhoun,"
   also known as "Nurin Yawta Smith,"
   also known as "Big C"

*[handwritten annotations in margin:]*
(4) ANTHONY ALEC — AT HOME
(9) FRANCI William — AT HOME
(14) GREGORY WAL — AT HOME

did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a

20

Case 3:11-cr-00337-RJC-DSC Document 288 Filed 08/20/13 Page 1 of 5
Case 3:11-cr-00337-RJC-DSC Document 577 Filed 08/03/16 Page 5 of 6



Colin N Cooper - 64501112
United States Penitentiary
P.O. Box 019001
Atwater, CA 95301

6430I-112
Us District Court
401 W Trade ST
room 710
Charlotte, NC 28202
United States

Atten: Judge Robert Conrad JR

RECEIVED
U.S. DISTRICT JUDGE
AUG -1 2016
CHAMBERS OF JUDGE
ROBERT J. CONRAD, JR.