UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-00337-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CORVAIN T. COOPER, | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court reduce his life sentence. (Doc. No. 577).

The defendant asks for clemency, claiming that he is a non-violent marijuana offender convicted on the testimony of biased co-defendants while the true kingpins of the operation received little to no prison time and that he has completed rehabilitative programs while in custody.  The circumstances noted by the defendant are not grounds for a reduction by this Court, which has limited authority to alter a sentence once it is imposed. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.  Clemency is a matter for the President to grant. See Cavazos v. Smith, 132 S. Ct. 2, 7 (2011) (clemency is "a prerogative granted to executive authorities to help ensure that justice is tempered by mercy."

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 577) is **DENIED**.

Signed: August 23, 2016

Robert J. Conrad, Jr.
United States District Judge