# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**I HEREBY COMMUTE** the total sentence of imprisonment each of the following named persons is now serving to time served, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| Name | Reg. No. |
|---|---|
| **David Barren** | Reg. No. 09803-068 |
| **Kristina Kay Bohnenkamp** | Reg. No. 11084-029 |
| **Jonathan Braun** | Reg. No. 78229-053 |
| **Ann Marie Butler** | Reg. No. 17210-171 |
| **Craig Cesal** | Reg. No. 52948-019 |
| **Corvain T. Cooper** | Reg. No. 64301-112 |
| **April D. Coots** | Reg. No. 20818-045 |
| **Jaime A. Davidson** | Reg. No. 37593-053 |
| **John Estin Davis** | Reg. No. 25621-075 |
| **Anthony DeJohn** | Reg. No. 10232-052 |
| **Kenneth Charles Fragoso** | Reg. No. 26520-079 |
| **Robert Francis** | Reg. No. 00556-025 |
| **Darrell Frazier** | Reg. No. 11334-074 |
| **Luis Gonzalez** | Reg. No. 04434-078 |
| **Michael Harris** | Reg. No. 90244-012 |
| **Raymond Hersman** | Reg. No. 04139-088 |
| **Lou Hobbs** | Reg. No. 00596-748 |
| **Bill K. Kapri** | Reg. No. 18149-104 |
| **Cassandra Anne Kasowski** | Reg. No. 08857-059 |
| **Kyle Kimoto** | Reg. No. 07791-025 |
| **Noah Kleinman** | Reg. No. 61596-112 |
| **John Richard Knock** | Reg. No. 11150-017 |
| **Mary Anne Locke** | Reg. No. 03831-029 |
| **Tena M. Logan** | Reg. No. 18425-026 |
| **Way Quoe Long** | Reg. No. 00047-111 |
| **Chalana C. McFarland** | Reg. No. 58892-019 |
| **Jawad Amir Musa** | Reg. No. 28075-037 |
| **Sydney Melissa Navarro** | Reg. No. 46030-177 |
| **Lerna Lea Paulson** | Reg. No. 09133-059 |
| **Michael Pelletier** | Reg. No. 11109-036 |
| **Tara Michelle Perry** | Reg. No. 46509-177 |
| **Jodi Lynn Richter** | Reg. No. 15168-041 |
| **Lavonne Roach** | Reg. No. 10431-073 |
| **Mary Marcella Roberts** | Reg. No. 11010-059 |

| | |
|---|---|
| **James R. Romans** | Reg. No. 10195-028 |
| **Ferrell Damon Scott** | Reg. No. 27797-177 |
| **Adriana Shayota** | Reg. No. 50259-298 |
| **Brian Wayne Simmons** | Reg. No. 74241-065 |
| **Derrick Bruce Smith** | Reg. No. 14301-045 |
| **Blanca Maribel Virgen** | Reg. No. 38386-177 |
| **Jerry Donnell Walden** | Reg. No. 43301-054 |
| **Eliyahu Weinstein** | Reg. No. 62465-050 |
| **Caroline Yeats** | Reg. No. 47025-177 |

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**I ALSO DIRECT** the Bureau of Prisons, upon receipt of this warrant to effect the terms of release set forth herein with all possible speed.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of January in the year of our Lord Two Thousand and Twenty-one and of the Independence of the United States the Two hundred and Forty-fifth.*

**DONALD J. TRUMP**
**President**